IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROCHELLAILEE ADEOYE, § | |
|     PLAINTIFF, § | |
| § | |
| V. § | CIVIL CASE NO. 3:24-CV-2377-N-BK |
| § | |
| ABM AVIATION INC., § | |
|     DEFENDANT. § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate.

SO ORDERED this 23rd day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE